| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**JENKINS & CLAYMAN**<br>Eric J Clayman, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856)546-9696<br>Attorney for Debtor |
| In Re:<br>        Ahmad Yasin<br>              Debtor |

Order Filed on 03/22/2013 by Clerk U.S. Bankruptcy Court District of New Jersey

Case No.: 10-16660 GMB

Adv. No.:

Hearing Date:    January 29, 2013

Judge:  Burns

# ORDER RELEASING FUNDS FROM THE CLERK OF THE U. S. BANKRUPTCY COURT

The relief set forth on the following page, number two (2), is hereby **ORDERED.**

**DATED: 03/22/2013**

Gloria M. Burns, Chief Judge
United States Bankruptcy Court Judge

This matter having been brought before the court upon the motion of Dilks & Knopik, LLC, by its attorneys, Jenkins & Clayman, and opposition having been filed by Stuart D. Gavzy, Esquire, attorney for Ahmad Yasin, and for good cause having been shown, it is hereby:

**ORDERED** and **ADJUDGED** that the Clerk of the U. S. Bankruptcy Court is holding funds in the case entitled "Ahmad Yasin". These are funds which have been sent to the Clerk by the Chapter 13 Trustee's office. The Clerk shall make the following disbursements from the funds on hand to:

a. Dilks & Knopik, LLC: $1,000.00 plus costs in the amount of ~~$1,750.45~~ 75.80 for a total of ~~$2,750.45.~~ $1075.80 These funds shall be sent to Dilks & Knopik, LLC in care of its attorneys at the following address:

> Dilks & Knopik, LLC
> c/o Jenkins & Clayman
> 412 White Horse Pike
> Audubon, NJ  08106

b. All remaining funds which the Clerk is holding shall be sent to Ahmad Yasin in care of his attorney at the following address:

> Ahmad Yasin
> c/o Stuart D. Gavzy, Esquire
> 163 East Main Street
> Little Falls, NJ  07424.

*Approved by Judge Gloria M. Burns March  22, 2013*